

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2015

No. 04-14-00246-CR

Destyn David **FREDERICK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-09-00041-CRL
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellant's motion for leave to withdraw as attorney of record is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court